```
                    UNITED STATES DISTRICT COURT

                  FOR THE EASTERN DISTRICT OF CALIFORNIA


CE RESOURCE, INC., a
California corporation,
                                           NO. Civ.S-11-1910 LKK/JFM
          Plaintiff,

     v.                                    ORDER RE DISPOSAL
                                           DOCUMENTS AFTER
APPROVED CEUS, LLC, a                      NOTIFICATION OF SETTLEMENT
North Carolina Limited
Liability Company, and
DAVID LEE, an individual,

          Defendants.
                                     /
```

Counsel for plaintiff has filed a Notice of Settlement in the above-captioned case. The court now orders that the dispositional documents disposing of the case be filed no later than seventy (70) days from the effective date of this order.

All hearing dates heretofore set in this matter are hereby **VACATED.**

FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL OR PARTIES WHO

////

1

1   <u>CONTRIBUTED TO THE VIOLATION OF THIS ORDER.</u>

2       IT IS SO ORDERED.

3       DATED: January 31, 2012.

```
                                 /s/ Lawrence K. Karlton
                                 _____
                                 LAWRENCE K. KARLTON
                                 SENIOR JUDGE
                                 UNITED STATES DISTRICT COURT
```