MARC B. KOENIGSBERG (SBN 204265)
GREENBERG TRAURIG, LLP
1201 K Street, Suite 1100
Sacramento, CA 95814-3938
Telephone: (916) 442-1111
Facsimile: (916) 448-1709
KoenigsbergM@gtlaw.com

DAVID J. SAENZ (SBN 209338)
GREENBERG TRAURIG, LLP
MetLife Building
200 Park Avenue
New York, New York 10166
Telephone: (212) 801-9200
SaenzD@gtlaw.com

Attorneys for Plaintiff,
CE Resource, Inc.

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CE RESOURCE, INC., a California corporation,<br><br>  Plaintiff,<br><br>v.<br><br>APPROVED CEUS, LLC, a North Carolina Limited Liability Company, and DAVID LEE, an individual,<br><br>  Defendants. | CASE NO. 2:11-cv-01910-LKK-JFM<br><br>**ORDER GRANTING REQUEST FOR DISMISSAL** |

1  Pursuant to the Request for Dismissal filed by Plaintiff CE Resources on April 10,
2  2012, IT IS HEREBY ORDERED that this action is hereby dismissed without prejudice
3  pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.
4  Dated: April 11, 2012

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

DECLARATION OF SERVICE

I am a citizen of the United States, over the age of 18 years, and not a party to or interested in this action.  I am employed in the County of Sacramento, State of California and my business address is Greenberg Traurig, LLP, 1201 K Street, Suite 1100, Sacramento, CA 95814.  On this day I caused to be served the following document(s):

**[PROPOSED] ORDER GRANTING REQUEST FOR DISMISSAL**

1

[PROPOSED] ORDER GRANTING REQUEST FOR DISMISSAL

1  ☒   by placing ☐ the original ☒ a true copy into sealed envelopes addressed and served as follows:

    David Lee                                   Defendant
    7565 Natalie Commons Drive
    Denver, NC 28037

    Approved CEUS, LLC                    Defendant
    137 Cross Center Road, #132
    Denver, NC 28037

☒  **BY MAIL**: I am familiar with this firm's practice whereby the mail, after being placed in a designated area, is given fully prepaid postage and is then deposited with the U.S. Postal Service at Sacramento, California, after the close of the day's business.

☐  **BY PERSONAL SERVICE**: I caused such envelope to be delivered by hand.

☐  **BY OVERNIGHT COURIER**: I caused such envelope to be placed for collection and delivery in accordance with standard overnight delivery procedures for delivery the next business day.

☐  **BY FACSIMILE**: I caused such document(s) to be transmitted by facsimile transmission from (916) 448-1709 to the person(s) and facsimile transmission number(s) shown above. The facsimile transmission was reported as complete without error and a transmission report was properly issued by the transmitting facsimile machine.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on April 10, 2012 at Sacramento, California.

                                                    **Amy M. Smith**

*NY241,966,4111*